NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1222
(Interference No. 105,602)

JONES J. ROBERTSON and ROBERT M. CURRIE,

Appellants,

v.

JOS TIMMERMANS and JEAN C. RAYMOND,

Appellees.

Appeal from the United States Patent and Trademark Office,
Board of Patent Appeals and Interferences.

ON MOTION

## ORDER

Upon consideration of the appellants' unopposed motion for an extension of time,

until June 24, 2009, to file their opening brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR   9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 09 2009

JAN HORBALY
CLERK

cc: David Henry Voorhees, Esq.
Christian J. Garascia, Esq.

s8